**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREENWICH TERMINALS LLC, GLOUCESTER TERMINALS LLC** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 26-4821** |
| **UNITED STATES ARMY CORPS OF ENGINEERS, *et al.*** | : | |

# ORDER

**AND NOW**, this 5th day of November 2026, upon considering Motions to intervene (ECFs 16, 20) from the Local and International Longshoremen Associations, Plaintiffs' Opposition (ECF 36), the International Longshoremen Association's Reply (ECF 37), following oral argument during our initial pretrial conference (ECF 31), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **DENY** the Motions to intervene (ECFs 16, 20).

**KEARNEY, J.**